UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

L.A. PRINTEX INDUSTRIES, INC.,
a California Corporation,

                          Plaintiff,

  -against-

M&A IMPORTS, LTD., a New York
Company d/b/a JUST LOVE;
CONWAY STORES, INC., a New York
Corporation; and DOES 1-10, inclusive,

                          Defendants,

_____

CASE NO. CV 13-05168-HB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, having resolved all claims between them, hereby stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs.

Dated: October 24, 2013          STEGER KRANE LLP

                                      By:    <u>/s/ Michael D. Steger</u>
                                                   Michael D. Steger (MS2009)
                                                    Attorneys for Plaintiff
                                                    L.A. Printex Industries, Inc.

Dated: October 24, 2013          SEDGWICK LLP

                                        By:    <u>/s/ William J. Brennan</u>
                                                    Robert F. Helfing, Esq.
                                                    William J. Brennan (WB0742)
                                                    Attorneys for Defendants M & A Imports, Ltd.
                                                    d/b/a Just Love and Conway Stores, Inc.

SO ORDERED:

_____        Date:_____
Honorable Harold Baer
United States District Judge