UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

L.A. PRINTEX INDUSTRIES, INC.,
a California Corporation,

      Plaintiff,

 -against-

M&A IMPORTS, LTD., a New York
Company d/b/a JUST LOVE;
CONWAY STORES, INC., a New York
Corporation; and DOES 1-10, inclusive,

      Defendants,

CASE NO. CV 13-05168-HB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, having resolved all claims between them, hereby stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs.

Dated: October 24, 2013    STEGER KRANE LLP

         By: /s/ Michael D. Steger
           Michael D. Steger (MS2009)
           Attorneys for Plaintiff
           L.A. Printex Industries, Inc.

Dated: October 24, 2013    SEDGWICK LLP

         By: /s/ William J. Brennan
           Robert F. Helfing, Esq.
           William J. Brennan (WB0742)
           Attorneys for Defendants M & A Imports, Ltd.
           d/b/a Just Love and Conway Stores, Inc.

SO ORDERED:

_____
Honorable Harold Baer
United States District Judge

The Clerk is instructed to close this case and remove it from my docket.
Date: _____
SO ORDERED:

_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 10/25/13